COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-048-CV

SOBECO, LLP D/B/A WRIGHT APPELLANT

CUSTOM HOMES

V.

KEN SAKIEWICZ, INDIVIDUALLY APPELLEE

AND D/B/A EXPRESSION IN TILE

------------

FROM THE 48
TH
 
DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss For Want Of Jurisdiction.”  Appellant has provided to this court a copy of a January 24, 2005 order granting a new trial in this case.  Accordingly, it is the court's opinion that appellant’s motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM 

PANEL D: WALKER, J.; CAYCE, C.J.; and MCCOY, JJ.

DELIVERED: March 3, 2005

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.